UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KYOCERA WIRELESS CORP., a Delaware Company, | : | |
| Plaintiff, | : | Civil Action No. 09-2567 (GBD) |
| | : | ECF Case |
| vs. | : | |
| DIGITAL TECHNOLOGY LICENSING LLC, a New York Company, | : | |
| Defendant. | : x | |
| DIGITAL TECHNOLOGY LICENSING LLC, | : | |
| Third-Party Plaintiff, | : | |
| vs. | : | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT NEXTEL CORPORATION, SANYO TELECOMMUNICATIONS, INC., ALASKA COMMUNICATIONS SYSTEMS (ACS ALASKA), ALASKA DIGITEL, LLC, APPALACHIAN WIRELESS, BLUE GRASS WIRELESS, CAROLINA WEST WIRELESS, CELLCOM, CELLULAR SOUTH, CHAT MOBILITY, COPPER VALLEY WIRELESS, CRICKET, ETEX CELLULAR SERVICE, FARMERS MUTUAL TELEPHONE CO., GOLDEN STATE CELLULAR, HARGRAY WIRELESS, ILLINOIS VALLEY CELLULAR, INLAND CELLULAR, IT&E WIRELESS, KAJEET MOBILE, LEACO, LIBERTY WIRELESS, METROPCS COMMUNICATIONS, INC., MID-RIVERS TELEPHONE COOPERATIVE, INC., MOBI PCS, MOHAVE WIRELESS, MTA WIRELESS, NEX-TECH WIRELESS, NTCH, INC. d/b/a CLEAR TALK, PANHANDLE TELEPHONE COOPERATIVE, INC., PEOPLES COMMUNICATION (PEOPLES TELPHONE COOPERATIVE, INC.), PIONEER CELLULAR, POCKET COMMUNICATIONS, REVOL, SILVER STAR TELEPHONE, SKT WIRELESS, LLC, SOUTH CENTRAL COMMUNICATIONS, INC., SRT COMMUNICATIONS, SYRINGA WIRELESS, THUMB CELLULAR, TRACFONE WIRELESS, and U.S. CELLULAR, | : | |
| Third-Party Defendants. | : x | |

**NOTICE OF DISMISSAL OF DTL'S CLAIMS
AGAINST SRT COMMUNICATIONS, INC. WITH PREJUDICE**

1035644_1.DOC

2

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), third-party plaintiff Digital Technology Licensing LLC ("DTL") hereby dismisses, with prejudice, the claims set forth in DTL's third-party complaint against SRT Communications, Inc. ("SRT").

Dated: June 30, 2009

By: /s/ Orville R. Cockings
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Defendant*
*Digital Technology Licensing LLC*