**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KYOCERA WIRELESS CORP., a Delaware Company, | : | Civil Action No. 09-2567 (GBD) |
| Plaintiff, | : | ECF Case |
| vs. | : | |
| DIGITAL TECHNOLOGY LICENSING LLC, a New York Company, | : | |
| Defendant. | : | |
| | x | |
| DIGITAL TECHNOLOGY LICENSING LLC, | : | |
| Third-Party Plaintiff, | : | |
| vs. | : | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT NEXTEL CORPORATION, SANYO TELECOMMUNICATIONS, INC., ALASKA COMMUNICATIONS SYSTEMS (ACS ALASKA), ALASKA DIGITEL, LLC, APPALACHIAN WIRELESS, BLUE GRASS WIRELESS, CAROLINA WEST WIRELESS, CELLCOM, CELLULAR SOUTH, CHAT MOBILITY, COPPER VALLEY WIRELESS, CRICKET, ETEX CELLULAR SERVICE, FARMERS MUTUAL TELEPHONE CO., GOLDEN STATE CELLULAR, HARGRAY WIRELESS, ILLINOIS VALLEY CELLULAR, INLAND CELLULAR, IT&E WIRELESS, KAJEET MOBILE, LEACO, LIBERTY WIRELESS, METROPCS COMMUNICATIONS, INC., MID-RIVERS TELEPHONE COOPERATIVE, INC., MOBI PCS, MOHAVE WIRELESS, MTA WIRELESS, NEX-TECH WIRELESS, NTCH, INC. d/b/a CLEAR TALK, PANHANDLE TELEPHONE COOPERATIVE, INC., PEOPLES COMMUNICATION (PEOPLES TELPHONE COOPERATIVE, INC.), PIONEER CELLULAR, POCKET COMMUNICATIONS, REVOL, SILVER STAR TELEPHONE, SKT WIRELESS, LLC, SOUTH CENTRAL COMMUNICATIONS, INC., SRT COMMUNICATIONS, SYRINGA WIRELESS, THUMB CELLULAR, TRACFONE WIRELESS, and U.S. CELLULAR, | : | |
| Third-Party Defendants. | : | |
| | x | |

**NOTICE OF DISMISSAL OF DTL'S CLAIMS AGAINST**
**MID-RIVERS TELEPHONE COOPERATIVE, INC. WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), third-party plaintiff Digital Technology Licensing LLC ("DTL") hereby dismisses, with prejudice, the claims set forth in DTL's third-party complaint against Mid-Rivers Telephone Cooperative, Inc. ("Mid-Rivers").

Dated: August 4, 2009                    By: _____
                                            Orville R. Cockings
                                            LERNER, DAVID, LITTENBERG,
                                             KRUMHOLZ & MENTLIK, LLP
                                            600 South Avenue West
                                            Westfield, NJ 07090-1497
                                            Tel:    908.654.5000
                                            Fax:    908.654.7866
                                            *Attorneys for Defendant*
                                            *Digital Technology Licensing LLC*