```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #:
                                    DATE FILED: 14 MAY 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYOCERA WIRELESS CORP., a Delaware Company, | |
| Plaintiff, | Civil Action No. 09-2567-GBD |
| vs. | District Judge George B. Daniels |
| DIGITAL TECHNOLOGY LICENSING LLC, a New York Company, | |
| Defendant. | |
| DIGITAL TECHNOLOGY LICENSING LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT NEXTEL CORPORATION, SANYO TELECOMMUNICATIONS, INC., ALASKA COMMUNICATIONS SYSTEMS (ACS ALASKA), ALASKA DIGITEL, LLC, APPALACHIAN WIRELESS, BLUE GRASS WIRELESS, CAROLINA WEST WIRELESS, CELLCOM, CELLULAR SOUTH, CHAT MOBILITY, COPPER VALLEY WIRELESS, CRICKET, ETEX CELLULAR SERVICE, FARMERS MUTUAL TELEPHONE CO., GOLDEN STATE CELLULAR, HARGRAY WIRELESS, ILLINOIS VALLEY CELLULAR, INLAND CELLULAR, IT&E WIRELESS, KAJEET MOBILE, LEACO, LIBERTY WIRELESS, METROPCS COMMUNICATIONS, INC., MID-RIVERS TELEPHONE COOPERATIVE, INC., MOBI PCS, MOHAVE WIRELESS, MTA WIRELESS, NEX-TECH WIRELESS, NTCH, INC. d/b/a CLEAR TALK, PANHANDLE TELEPHONE COOPERATIVE, INC., PEOPLES COMMUNICATION (PEOPLES TELEPHONE COOPERATIVE, INC.), PIONEER CELLULAR, POCKET COMMUNICATIONS, REVOL, SILVER STAR TELEPHONE, SKT WIRELESS, LLC, SOUTH CENTRAL COMMUNICATIONS, INC., SRT COMMUNICATIONS, SYRINGA WIRELESS, THUMB CELLULAR, TRACFONE WIRELESS, and U.S. CELLULAR, | |
| Third-Party Defendants. | |

**STIPULATED DISMISSAL OF DTL'S CLAIMS AGAINST
LEACO RURAL TELEPHONE COOPERATIVE, INC. AND
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

1189475_1.DOC

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a), by all parties having appeared in this action, by and through their respective counsel of record herein, that third-party plaintiff Digital Technology Licensing LLC ("DTL"), dismisses its claims set forth in its third-party claim against the following parties WITH PREJUDICE, and each party shall bear its own costs and attorneys' fees:

1. Leaco Rural Telephone Cooperative, Inc.; and
2. Cellco Partnership d/b/a Verizon Wireless;

DTL reserves its rights to pursue its claims against any party not previously dismissed or expressly dismissed herein.

1189475_1.DOC               2

IT IS SO STIPULATED, THROUGH COUNSEL OF ALL PARTIES THAT HAVE ENTERED AN APPEARANCE.

Dated: _____ 5/10/10 _____

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
*Attorneys for Defendant/Third-Party Plaintiff
Digital Technology Licensing LLC*

By: _____
Orville R. Cockings
Tel:      908.654.5000
E-mail:  ocockings@ldlkm.com
         litigation@ldlkm.com

Dated: _____ 5/10/10 _____

FOLEY & LARDNER LLP
*Attorneys for Kyocera Wireless Corp., Cricket,
Metro PCS, TracFone Wireless, U.S. Cellular*

By: _____
David E. Kleinfeld
Tel:     858.847.6700
E-mail:  dkleinfeld@foley.com

Dated: _____

HOWREY LLP
*Attorneys for Cellco Partnership d/b/a Verizon Wireless*

By: _____
Thomas M. Dunham
Tel:     202.783.0800
E-mail:  dunhamt@howrey.com

Dated: _____

JONES DAY
*Attorneys for Sprint Nextel Corporation*

By: _____
Mark V. Campagna
Tel:     212.326.3904
E-mail:  mcampagna@jonesday.com

1189475_1.DOC                    3

**IT IS SO STIPULATED, THROUGH COUNSEL OF ALL PARTIES THAT HAVE ENTERED AN APPEARANCE.**

|  |  |
|---|---|
|  | LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP<br>*Attorneys for Defendant/Third-Party Plaintiff Digital Technology Licensing LLC* |
| Dated: 5/10/10 | By: _____<br>Orville R. Cockings<br>Tel:       908.654.5000<br>E-mail:   ocockings@ldlkm.com<br>          litigation@ldlkm.com |
|  | FOLEY & LARDNER LLP<br>*Attorneys for Kyocera Wireless Corp., Cricket, Metro PCS, TracFone Wireless, U.S. Cellular* |
| Dated: _____ | By: _____<br>David E. Kleinfeld<br>Tel:       858.847.6700<br>E-mail:   dkleinfeld@foley.com |
|  | HOWREY LLP<br>*Attorneys for Cellco Partnership d/b/a Verizon Wireless* |
| Dated: 5-11-2010 | By: _____<br>Thomas M. Dunham<br>Tel:       202.783.0800<br>E-mail:   dunhamt@howrey.com |
|  | JONES DAY<br>*Attorneys for Sprint Nextel Corporation* |
| Dated: 5-10-10 | By: _____<br>Mark V. Campagna<br>Tel:       212.326.3904<br>E-mail:   mcampagna@jonesday.com |

1189475_1.DOC                                    3

Dated: 5/10/2010

BENNET & BENNET, PLLC
*Attorneys for Leaco Rural Telephone Cooperative, Inc.*

By: _____
Greg Whiteaker
Tel:      202.371.1500
E-mail:   gwhiteaker@bennetlaw.com

## [Proposed] ORDER

In accordance with the foregoing Stipulation of the parties, which is incorporated herein by reference, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the claims set forth in DTL's third-party complaint against Leaco Rural Telephone Cooperative, Inc. and Cellco Partnership d/b/a Verizon Wireless is dismissed WITH PREJUDICE, and each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Dated: __14 MAY 2010__

14 MAY 2010

_George B. Daniels_
George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS